Mohammad Mamun **HOSSAIN,**
Petitioner,

v.

Eric H. **HOLDER** Jr., Attorney
General, Respondent.

No. 07–72816.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 25, 2010.

Ahmed M. Abdallah, Hollywood, CA, for Petitioner.

Carmel Aileen Morgan, Esq., Jennifer Paisner Williams, OIL, DOJ—U.S. Department of Justice, Washington, DC, HI–District Counsel, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Mohammad Mamun Hossain, native and citizen of Bangladesh, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Hossain's second motion to reopen as untimely where the motion was filed nearly two years after the BIA's prior decision, *see* 8 C.F.R. § 1003.2(c)(2), and Hossain failed to establish changed country conditions in Bangladesh to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Malty v. Ashcroft,* 381 F.3d 942, 945 (9th Cir.2004) ("The critical question is ... whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.